BENJAMIN B. WAGNER
United States Attorney
KATHERINE A. PLANTE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL D. FLANIKEN,<br><br>          Defendant. | Case No. 1:16-po-00026-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Katherine A. Plante, Special Assistant United States Attorney, hereby moves to dismiss Violation Notice F4554917 issued to Michael D. Flaniken on November 1, 2015, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 15, 2016                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Katherine A. Plante
                                         KATHERINE A. PLANTE
                                         Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Violation Notice F4554917 issued on November 1, 2015 to Michael D. Flaniken be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **March 15, 2016**

UNITED STATES MAGISTRATE JUDGE

2